# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 03, 2020

**FILED**
MAR 0 3 2020
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

Ms. Jeannette Clack
Western District of Texas, Del Rio
United States District Court
111 E. Broadway Street
Room L100
Del Rio, TX 78840-0000

    No. 19-50817    In re: Cristobal Velasquez
                          USDC No. 2:18-CV-46
                          USDC No. 2:11-CR-1781-3

Dear Ms. Clack,

Enclosed is a copy of the judgment issued as the mandate.

                          Sincerely,

                          LYLE W. CAYCE, Clerk

                          By: _____
                          Claudia N. Farrington, Deputy Clerk
                          504-310-7706

cc w/encl:
    Mr. Cristobal Velasquez

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 19-50817

In re: CRISTOBAL VELASQUEZ, also known as Little Cris,

                                              Petitioner

Petition for a Writ of Mandamus to the
United States District Court for the
Western District of Texas



A True Copy
Certified order issued Mar 03, 2020

Clerk, U.S. Court of Appeals, Fifth Circuit

Before SMITH, DENNIS, and DUNCAN, Circuit Judges.

PER CURIAM:

    Cristobal Velasquez, federal prisoner # 83734-280, has filed in this court a pro se petition for a writ of mandamus and a motion requesting leave to file his mandamus petition in forma pauperis (IFP). The motion for leave to proceed IFP is GRANTED.

    In his petition, Velazquez complains of delay in the adjudication of his 28 U.S.C. § 2255 motion, which was date-stamped as filed on July 12, 2018. However, on January 23, 2020, the district court entered an order and judgment denying the § 2255 motion. Thus, Velasquez's request for mandamus relief is moot. The petition for a writ of mandamus is DENIED.