# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

December 04, 2020

**RECEIVED**

**DEC 04 2020**

CLERK, U.S. DISTRICT COURT  
WESTERN DISTRICT OF TEXAS  
BY_____ DEPUTY CLERK

Ms. Jeannette Clack  
Western District of Texas, Del Rio  
United States District Court  
111 E. Broadway Street  
Room L100  
Del Rio, TX 78840-0000

      CRISTOBAL VELASQUEZ v USA  
      DC No. 2:18-CV46  
      DC No. 2:11-CR-1781-3 ✓

Dear Ms. Clack

I am forwarding a notice of appeal erroneously sent to us. We have noted the date received here. When you file the notice of appeal, please use that date, see FED. R. APP. P. 4(d).

      Sincerely,

      LYLE W. CAYCE, Clerk

      *Claudia N. Farrington*

      By: _____  
      Claudia N. Farrington, Deputy Clerk  
      504-310-7706

cc:

OFFICE OF CLERK
U.S. COURT OF APPEALS
  FIFTH CIRCUIT
600 S. MAESTRI PLACE
NEW ORLEANS, LOUISIANA 70130-3408



Dear Sir/Madam:

    This correspondence comes in regards to the attached (NOA) and (COA) that I wish to be filed on my behave considering my previous (COA), and (IFP) and (NOA) was lost in the mailing system. We are currently still under lockdown because of this COVID-19 pandemic which we've been on since the end of February 2020.

    I have address this office several regarding the previous filed motion which was not filed and requesting premission to refile all sent by certified mail. Considering my current situation and unfortunate loss of my timely COA I felt it would be in my best interest to resend the attached (COA) and (NOA) again by certified mail. I respectfully ask that this court send me a filed copy of the following I can not afford to lose any more time with this matter.

    Thank you in advance for your time and any inconvenience.

dated this 29th day of November, 2020

Cristobal Velasquez # 83734-380
Pro-se