# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: | VELASQUEZ, CRISTOBAL | | Reg #: 83734-280 |
| Date of Birth: | 01/24/1978 | Sex: M   Race: WHITE | Facility: MCR |
| Encounter Date: | 06/10/2021 12:02 | Provider: Sumner, Stephanie FNP | Unit: F01 |

Mid Level Provider - Follow up Visit encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT **1**       Provider:   Sumner, Stephanie FNP

Chief Complaint:   ENDO/LIPID

Subjective:   LDL- 134, follow-up to discuss
Inmate has no complaints today

**Pain:**   No

**ROS:**

**General**

**Constitutional Symptoms**

No: Anorexia, Chills, Easily Tired, Fatigue

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 06/10/2021 | 12:01 MCR | 97.1 | 36.2 | | Sumner, Stephanie FNP |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 06/10/2021 | 12:01 | 67 | | | Sumner, Stephanie FNP |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 06/10/2021 | 12:01 MCR | 16 | Sumner, Stephanie FNP |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 06/10/2021 | 12:01 MCR | 110/69 | | | | Sumner, Stephanie FNP |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 06/10/2021 | 12:01 MCR | 98 | Room Air | Sumner, Stephanie FNP |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 06/10/2021 | 12:01 MCR | 196.0 | 88.9 | | Sumner, Stephanie FNP |

**Exam:**

**Diagnostics**

**Laboratory**

Yes: Results

**General**

**Appearance**

Yes: Appears Well, Alert and Oriented x 3

| Inmate Name: | VELASQUEZ, CRISTOBAL | | | Reg #: | 83734-280 |
|---|---|---|---|---|---|
| Date of Birth: | 01/24/1978 | Sex: | M   Race:   WHITE | Facility: | MCR |
| Encounter Date: | 06/10/2021 12:02 | Provider: | Sumner, Stephanie FNP | Unit: | F01 |

**Skin**

**General**

Yes: Within Normal Limits, Dry, Skin Intact

**Pulmonary**

**Observation/Inspection**

Yes: Within Normal Limits

**Cardiovascular**

**Observation**

Yes: Within Normal Limits

**Exam Comments**

Discussed with inmate the effects of high cholesterol. We discussed the importance of diet and exercise. To limit the amount of fried foods, chips, cakes and cookies. To eat more fruits and vegetables. Instructed on Cardio exercise at least 30 minutes everyday. Encouraged weight loss.

**ASSESSMENT:**

Abnormal finding of blood chemistry, unspecified, R799 - Current - *LDL-134*

**PLAN:**

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests - Short List-General-CBC w/diff | One Time | 12/10/2021 00:00 | Routine |
| Lab Tests - Short List-General-Lipid Profile | | | |
| Lab Tests - Short List-General-Hemoglobin A1C | | | |
| Lab Tests - Short List-General-Comprehensive Metabolic Profile (CMP) | | | |

Labs requested to be reviewed by: Cunnagin, Carrie DO

**Disposition:**

Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 06/10/2021 | Counseling | Access to Care | Sumner, Stephanie | Verbalizes Understanding |
| 06/10/2021 | Counseling | Plan of Care | Sumner, Stephanie | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:**  No

**Telephone/Verbal Order:**  No

Completed by Sumner, Stephanie FNP on 06/10/2021 12:05

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | VELASQUEZ, CRISTOBAL | | | Reg #: | 83734-280 |
| Date of Birth: | 01/24/1978 | Sex: | M      Race: WHITE | Facility: | MCR |
| Note Date: | 05/12/2021 11:12 | Provider: | Sumner, Stephanie FNP | Unit: | F01 |

Review Note - Report Review encounter performed at Health Services.

**Administrative Notes:**

   ADMINISTRATIVE NOTE   **1**       Provider:   Sumner, Stephanie FNP

      LDL-Cholesterol H 134, will schedule follow-up to discuss

Schedule:

| **Activity** | **Date Scheduled** | **Scheduled Provider** |
|---|---|---|
| Follow-up | 05/19/2021 00:00 | MLP 02 |
| LDL-Cholesterol H 134 | | |

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:**   No

Completed by Sumner, Stephanie FNP on 05/12/2021 11:24

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | VELASQUEZ, CRISTOBAL | | | Reg #: | 83734-280 |
| Date of Birth: | 01/24/1978 | Sex: | M    Race: WHITE | Facility: | MCR |
| Note Date: | 03/16/2021 15:27 | Provider: | Sumner, Stephanie FNP | Unit: | F01 |

Review Note - Report Review encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE   **1**        Provider:   Sumner, Stephanie FNP

Sample for the test listed below was received uncentrifuged/partially centrifuged and has been rejected.
Comprehensive Metabolic Profile
Providers: Please review and re-order if clinically indicated.

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests - Short List-General-Comprehensive Metabolic Profile (CMP) | One Time | 03/23/2021 00:00 | Routine |

Additional Information:

Sample for the test listed below was received uncentrifuged/partially centrifuged and has been rejected.
Comprehensive Metabolic Profile
Providers: Please review and re-order if clinically indicated.

Labs requested to be reviewed by:        Cunnagin, Carrie DO

**Copay Required:** No        **Cosign Required:**  Yes

**Telephone/Verbal Order:**   No

Completed by Sumner, Stephanie FNP on 03/16/2021 15:28

Requested to be cosigned by  Cunnagin, Carrie DO.

Cosign documentation will be displayed on the following page.

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | VELASQUEZ, CRISTOBAL | | | Reg #: | 83734-280 |
| Date of Birth: | 01/24/1978 | Sex: | M | Race: | WHITE |
| Encounter Date: | 03/16/2021 15:27 | Provider: | Sumner, Stephanie FNP | Facility: | MCR |

**Cosigned by Cunnagin, Carrie DO on 03/17/2021 08:15.**

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | VELASQUEZ, CRISTOBAL | | | Reg #: | 83734-280 |
| Date of Birth: | 01/24/1978 | Sex: | M     Race: WHITE | Facility: | MCR |
| Note Date: | 03/16/2021 15:25 | Provider: | Sumner, Stephanie FNP | Unit: | F01 |

Review Note - Report Review encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE   **1**          Provider:   Sumner, Stephanie FNP

Sample for the test listed below was received uncentrifuged/partially centrifuged and has been rejected.
Lipid Profile, TSH
Providers: Please review and re-order if clinically indicated.

**New Laboratory Requests:**

| <ins>Details</ins> | <ins>Frequency</ins> | <ins>Due Date</ins> | <ins>Priority</ins> |
|---|---|---|---|
| Lab Tests - Short List-General-Lipid Profile | One Time | 03/23/2021 00:00 | Routine |
| Lab Tests - Short List-General-TSH | | | |

Additional Information:

Sample for the test listed below was received uncentrifuged/partially centrifuged and has been rejected.
Lipid Profile, TSH
Providers: Please review and re-order if clinically indicated.

Labs requested to be reviewed by:          Cunnagin, Carrie DO

**Copay Required:** No          **Cosign Required:** Yes

**Telephone/Verbal Order:**   No

Completed by Sumner, Stephanie FNP on 03/16/2021 15:25

Requested to be cosigned by  Cunnagin, Carrie DO.

Cosign documentation will be displayed on the following page.

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | VELASQUEZ, CRISTOBAL | | | Reg #: | 83734-280 |
| Date of Birth: | 01/24/1978 | Sex: | M | Race: | WHITE |
| Encounter Date: | 03/16/2021 15:25 | Provider: | Sumner, Stephanie FNP | Facility: | MCR |

**Cosigned by Cunnagin, Carrie DO on 03/17/2021 08:15.**

**Bureau of Prisons**
**Health Services**
**Clinical Encounter**

| | | | |
|---|---|---|---|
| Inmate Name: | VELASQUEZ, CRISTOBAL | | Reg #: 83734-280 |
| Date of Birth: | 01/24/1978 | Sex: M   Race: WHITE | Facility: MCR |
| Encounter Date: | 02/18/2021 14:58 | Provider: Cunnagin, Carrie DO | Unit: F01 |

Chronic Care - Chronic Care Clinic encounter performed at Housing Unit.

**SUBJECTIVE:**

COMPLAINT **1**     Provider:  Cunnagin, Carrie DO

Chief Complaint:   Chronic Care Clinic
Subjective:     + ID CCC for: HCV+. Diagnosed in 2016.
s/p treatment with mavyret 4/1-5/27/2020.
Last HCV VL was none detected in 10/2020.
He has no c/o's.
**Pain:**         No

**Seen for clinic(s):** Infectious Disease

**Removed from clinic(s):** Infectious Disease

**OBJECTIVE:**
**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 02/18/2021 | 14:59 MCR | 97.4 | 36.3 | | Cunnagin, Carrie DO |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 02/18/2021 | 14:59 | 76 | | | Cunnagin, Carrie DO |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 02/18/2021 | 14:59 MCR | 15 | Cunnagin, Carrie DO |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 02/18/2021 | 14:59 MCR | 105/71 | | | | Cunnagin, Carrie DO |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 02/18/2021 | 14:59 MCR | 97 | Room Air | Cunnagin, Carrie DO |

**Height:**

| Date | Time | Inches | Cm | Provider |
|---|---|---|---|---|
| 02/18/2021 | 14:59 MCR | 65.0 | 165.1 | Cunnagin, Carrie DO |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 02/18/2021 | 14:59 MCR | 188.0 | 85.3 | | Cunnagin, Carrie DO |

**ROS Comments**

No n/v/d/c.
No f/c/night sweats/cough.
Wt down 7 lbs over the past yr.
No cp/sob/syncope.
No melena/hematochezia.

| Inmate Name: | VELASQUEZ, CRISTOBAL | | | Reg #: | 83734-280 |
|---|---|---|---|---|---|
| Date of Birth: | 01/24/1978 | Sex: M | Race: WHITE | Facility: | MCR |
| Encounter Date: | 02/18/2021 14:58 | Provider: | Cunnagin, Carrie DO | Unit: | F01 |

PHYSICAL EXAM:

Gen-A&O, NAD
Neck-supple
H-RRR
L-CTA
A-soft, NT, no palpable masses, no HSM
LE's without edema.
Gait-normal

**ASSESSMENT:**

Chronic viral hepatitis C, B182 - Resolved

Prediabetes, R7303 - Current - *4/2019 A1C=6.1 THEN, A1C = 5.8 in 2/2020.*

**PLAN:**

**New Laboratory Requests:**

| **Details** | **Frequency** | **Due Date** | **Priority** |
|---|---|---|---|
| Lab Tests - Short List-General-Lipid Profile | One Time | 03/04/2021 00:00 | Routine |
| Lab Tests - Short List-General-TSH | | | |
| Lab Tests - Short List-General-Hemoglobin A1C | | | |

    Additional Information:

        please add these labs to his existing HCV labwork previously ordered.
    Labs requested to be reviewed by:      Sumner, Stephanie FNP

Schedule:

| **Activity** | **Date Scheduled** | **Scheduled Provider** |
|---|---|---|
| Preventive Health Visit | 02/18/2022 00:00 | Nurse |

**Disposition:**

Follow-up at Sick Call as Needed

**Other:**

CL1.
DC ID CCC at this time. HCV successfully treated.
Labwork ordered.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 02/18/2021 | Counseling | Plan of Care | Cunnagin, Carrie | Verbalizes Understanding |
| 02/18/2021 | Counseling | Exercise | Cunnagin, Carrie | Verbalizes Understanding |

**Copay Required:** No      **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Cunnagin, Carrie DO on 02/18/2021 15:09

**Bureau of Prisons**
**Health Services**
**Clinical Encounter**

| | | | | |
|---|---|---|---|---|
| Inmate Name: | VELASQUEZ, CRISTOBAL | | | Reg #: 83734-280 |
| Date of Birth: | 01/24/1978 | Sex: M | Race: WHITE | Facility: MCR |
| Encounter Date: | 01/21/2021 13:27 | Provider: | Sumner, Stephanie FNP | Unit: F01 |

Mid Level Provider - Follow up Visit encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT **1**      Provider:   Sumner, Stephanie FNP

Chief Complaint:   HEPATITIS C
Subjective:      6-12 month HCV follow-up. Inmate reports that he is doing well and has no complaints today
**Pain:**         No

**ROS:**

**General**

**Constitutional Symptoms**

No: Anorexia, Chills, Easily Tired, Fatigue, Fever

**OBJECTIVE:**
**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 01/21/2021 | 13:28 MCR | 96.7 | 35.9 | | Sumner, Stephanie FNP |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 01/21/2021 | 13:28 | 77 | | | Sumner, Stephanie FNP |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 01/21/2021 | 13:28 MCR | 16 | Sumner, Stephanie FNP |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 01/21/2021 | 13:28 MCR | 127/67 | | | | Sumner, Stephanie FNP |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 01/21/2021 | 13:28 MCR | 99 | Room Air | Sumner, Stephanie FNP |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 01/21/2021 | 13:28 MCR | 188.0 | 85.3 | | Sumner, Stephanie FNP |

**Exam:**

**General**

**Appearance**

Yes: Appears Well, Alert and Oriented x 3

**Skin**

**General**

Yes: Within Normal Limits, Dry, Skin Intact

**Pulmonary**

| Inmate Name: | VELASQUEZ, CRISTOBAL | | | Reg #: | 83734-280 |
|---|---|---|---|---|---|
| Date of Birth: | 01/24/1978 | Sex: | M   Race:   WHITE | Facility: | MCR |
| Encounter Date: | 01/21/2021 13:27 | Provider: | Sumner, Stephanie FNP | Unit: | F01 |

        **Observation/Inspection**

            Yes: Within Normal Limits

**Cardiovascular**

        **Observation**

            Yes: Within Normal Limits

**ASSESSMENT:**

Chronic viral hepatitis C, B182 - Current

**PLAN:**

**Disposition:**

    Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 01/21/2021 | Counseling | Access to Care | Sumner, Stephanie | Verbalizes Understanding |

**Copay Required:** No        **Cosign Required:**  No

**Telephone/Verbal Order:**  No

Completed by Sumner, Stephanie FNP on 01/21/2021 13:30

# Bureau of Prisons
# Health Services
# Vitals All

| Begin Date: | 10/05/2020 | End Date: | 10/05/2021 |
|---|---|---|---|
| Reg #: | 83734-280 | Inmate Name: | VELASQUEZ, CRISTOBAL |

---

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 06/10/2021 | 12:01 MCR | 97.1 | 36.2 | | Sumner, Stephanie FNP |
| | **Orig Entered:** 06/10/2021 12:03 EST | Sumner, Stephanie FNP | | | |
| 02/18/2021 | 14:59 MCR | 97.4 | 36.3 | | Cunnagin, Carrie (MAT) DO |
| | **Orig Entered:** 02/18/2021 15:01 EST | Cunnagin, Carrie (MAT) DO | | | |
| 01/21/2021 | 13:28 MCR | 96.7 | 35.9 | | Sumner, Stephanie FNP |
| | **Orig Entered:** 01/21/2021 13:29 EST | Sumner, Stephanie FNP | | | |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 06/10/2021 | 12:01 | 67 | | | Sumner, Stephanie FNP |
| | **Orig Entered:** 06/10/2021 12:03 EST | Sumner, Stephanie FNP | | | |
| 02/18/2021 | 14:59 | 76 | | | Cunnagin, Carrie (MAT) DO |
| | **Orig Entered:** 02/18/2021 15:01 EST | Cunnagin, Carrie (MAT) DO | | | |
| 01/21/2021 | 13:28 | 77 | | | Sumner, Stephanie FNP |
| | **Orig Entered:** 01/21/2021 13:29 EST | Sumner, Stephanie FNP | | | |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 06/10/2021 | 12:01 MCR | 16 | Sumner, Stephanie FNP |
| | **Orig Entered:** 06/10/2021 12:03 EST | Sumner, Stephanie FNP | |
| 02/18/2021 | 14:59 MCR | 15 | Cunnagin, Carrie (MAT) DO |
| | **Orig Entered:** 02/18/2021 15:01 EST | Cunnagin, Carrie (MAT) DO | |
| 01/21/2021 | 13:28 MCR | 16 | Sumner, Stephanie FNP |
| | **Orig Entered:** 01/21/2021 13:29 EST | Sumner, Stephanie FNP | |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 06/10/2021 | 12:01 MCR | 110/69 | | | | Sumner, Stephanie FNP |
| | **Orig Entered:** 06/10/2021 12:03 EST | Sumner, Stephanie FNP | | | | |
| 02/18/2021 | 14:59 MCR | 105/71 | | | | Cunnagin, Carrie (MAT) DO |
| | **Orig Entered:** 02/18/2021 15:01 EST | Cunnagin, Carrie (MAT) DO | | | | |
| 01/21/2021 | 13:28 MCR | 127/67 | | | | Sumner, Stephanie FNP |
| | **Orig Entered:** 01/21/2021 13:29 EST | Sumner, Stephanie FNP | | | | |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 06/10/2021 | 12:01 MCR | 98 | Room Air | Sumner, Stephanie FNP |
| | **Orig Entered:** 06/10/2021 12:03 EST | Sumner, Stephanie FNP | | |
| 02/18/2021 | 14:59 MCR | 97 | Room Air | Cunnagin, Carrie (MAT) DO |
| | **Orig Entered:** 02/18/2021 15:01 EST | Cunnagin, Carrie (MAT) DO | | |

| Begin Date: | 10/05/2020 | End Date: | 10/05/2021 |
| Reg #: | 83734-280 | Inmate Name: | VELASQUEZ, CRISTOBAL |

| **Date** | **Time** | **Value(%)** | **Air** | **Provider** |
|---|---|---|---|---|
| 01/21/2021 | 13:28 MCR | 99 | Room Air | Sumner, Stephanie FNP |

**Orig Entered:** 01/21/2021 13:29 EST   Sumner, Stephanie FNP

**Height:**

| **Date** | **Time** | **Inches** | **Cm** | **Provider** |
|---|---|---|---|---|
| 02/18/2021 | 14:59 MCR | 65.0 | 165.1 | Cunnagin, Carrie (MAT) DO |

**Orig Entered:** 02/18/2021 15:01 EST   Cunnagin, Carrie (MAT) DO

**Weight:**

| **Date** | **Time** | **Lbs** | **Kg** | **Waist Circum.** | **Provider** |
|---|---|---|---|---|---|
| 06/10/2021 | 12:01 MCR | 196.0 | 88.9 | | Sumner, Stephanie FNP |

**Orig Entered:** 06/10/2021 12:03 EST   Sumner, Stephanie FNP

| 02/18/2021 | 14:59 MCR | 188.0 | 85.3 | | Cunnagin, Carrie (MAT) DO |

**Orig Entered:** 02/18/2021 15:01 EST   Cunnagin, Carrie (MAT) DO

| 01/21/2021 | 13:28 MCR | 188.0 | 85.3 | | Sumner, Stephanie FNP |

**Orig Entered:** 01/21/2021 13:29 EST   Sumner, Stephanie FNP

# Bureau of Prisons
## Health Services
### PPDs

---

**Reg #:** 83734-280                      **Inmate Name:** VELASQUEZ, CRISTOBAL

---

| Admin: | | Location | Provider | Reading: | | Induration | Provider |
|---|---|---|---|---|---|---|---|
| 01/05/2022 | 08:33 | Right Forearm | Morrow, Adam RN/HSS | 01/07/2022 | 07:39 | 0 mm | Lawson, Autumn RN |
| | **Orig Entered:** | 01/05/2022 08:34 EST | Morrow, Adam RN/HSS | | **Orig Entered:** | 01/07/2022 07:39 EST | Lawson, Autumn RN |
| 01/06/2021 | 15:05 | Left Forearm | Morrow, Adam RN/HSS | 01/09/2021 | 10:09 | 0 mm | Privett, H. RN |
| | **Orig Entered:** | 01/06/2021 15:06 EST | Morrow, Adam RN/HSS | | **Orig Entered:** | 01/09/2021 10:09 EST | Privett, H. RN |
| 01/13/2020 | 13:44 | Left Forearm | Morrow, Adam RN/HSS | 01/16/2020 | 11:57 | 0 mm | Morrow, Adam RN/HSS |
| | **Orig Entered:** | 01/13/2020 13:45 EST | Morrow, Adam RN/HSS | | **Orig Entered:** | 01/16/2020 11:57 EST | Morrow, Adam RN/HSS |
| 01/29/2019 | 08:21 | Left Forearm | Stephens, Neil RN | 01/31/2019 | 08:06 | 0 mm | Stephens, Neil RN |
| | **Orig Entered:** | 01/29/2019 08:22 EST | Stephens, Neil RN | | **Orig Entered:** | 01/31/2019 08:06 EST | Stephens, Neil RN |
| 02/05/2018 | 11:49 | Left Forearm | Stephens, Neil RN | 02/07/2018 | 10:01 | 0 mm | Stephens, Neil RN |
| | **Orig Entered:** | 02/05/2018 11:50 EST | Stephens, Neil RN | | **Orig Entered:** | 02/07/2018 10:01 EST | Stephens, Neil RN |
| 02/21/2017 | 08:20 | Left Forearm | Phillips, Aimee RN | 02/23/2017 | 07:46 | 0 mm | Phillips, Aimee RN |
| | **Orig Entered:** | 02/21/2017 08:21 EST | Phillips, Aimee RN | | **Orig Entered:** | 02/23/2017 07:47 EST | Phillips, Aimee RN |
| 02/05/2016 | 17:22 | Left Forearm | Morrow, Adam RN/HSS | 02/07/2016 | 12:24 | 0 mm | Lawson, Autumn RN |
| | **Orig Entered:** | 02/05/2016 17:27 EST | Morrow, Adam RN/HSS | | **Orig Entered:** | 02/07/2016 12:24 EST | Lawson, Autumn RN |

**Total:** 7

# Bureau of Prisons
## Health Services
### Allergies

Reg #:  83734-280                                    Inmate Name:   VELASQUEZ, CRISTOBAL

| **Allergy** | **Date Noted** | **Reaction** |
| --- | --- | --- |
| No Known Allergies | 01/26/2016 | |

**Orig Entered:**   01/26/2016 14:28 EST   Upchurch, Adele DDS

**Total:**  1

# Bureau of Prisons
# Health Services
# Patient Education Assessments & Topics

| Reg #: 83734-280 | Inmate Name: VELASQUEZ, CRISTOBAL |
|---|---|

## Assessments

| Assessment Date | Learns Best By | Primary Language | Years of Education | Barriers To Education | Provider |
|---|---|---|---|---|---|

**Total:** 0

## Topics

| Date Initiated | Format | Handout/Topic | Outcome | Provider |
|---|---|---|---|---|
| 06/10/2021 | Counseling | Access to Care | Verbalizes Understanding | Sumner, Stephanie |
| **Orig Entered:** 06/10/2021 12:05 EST  Sumner, Stephanie | | | | |
| 06/10/2021 | Counseling | Plan of Care | Verbalizes Understanding | Sumner, Stephanie |
| **Orig Entered:** 06/10/2021 12:05 EST  Sumner, Stephanie | | | | |
| 02/18/2021 | Counseling | Plan of Care | Verbalizes Understanding | Cunnagin, Carrie |
| **Orig Entered:** 02/18/2021 15:05 EST  Cunnagin, Carrie (MAT) | | | | |
| 02/18/2021 | Counseling | Exercise | Verbalizes Understanding | Cunnagin, Carrie |
| **Orig Entered:** 02/18/2021 15:05 EST  Cunnagin, Carrie (MAT) | | | | |
| 01/21/2021 | Counseling | Access to Care | Verbalizes Understanding | Sumner, Stephanie |
| **Orig Entered:** 01/21/2021 13:30 EST  Sumner, Stephanie | | | | |

**Total:** 5

# Bureau of Prisons
# Health Services
# Health Problems

Reg #:  83734-280                     Inmate Name:  VELASQUEZ, CRISTOBAL

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|

## Current

**Pain in unspecified foot**

| 09/18/2017 11:53 EST  West, Jennifer APRN | | ICD-10 | M79673 | 09/18/2017 | Current | |

**Prediabetes**

| 02/18/2021 15:09 EST  Cunnagin, Carrie DO | | ICD-10 | R7303 | 03/19/2019 | Current | |
| 4/2019 A1C=6.1 THEN, A1C = 5.8 in 2/2020. | | | | | | |
| 02/20/2020 08:18 EST  Cunnagin, Carrie DO | | ICD-10 | R7303 | 03/19/2019 | Current | |
| 4/2019 A1C=6.1 | | | | | | |
| 03/19/2019 09:10 EST  Cunnagin, Carrie DO | | ICD-10 | R7303 | 03/19/2019 | Current | |
| 10/2018 A1C=5.9 | | | | | | |

**Abnormal finding of blood chemistry, unspecified**

| 06/10/2021 12:04 EST  Sumner, Stephanie FNP | | ICD-10 | R799 | 06/10/2021 | Current | |
| LDL-134 | | | | | | |

## Resolved

**Periapical abscess without sinus**

| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 522.5 | 01/26/2016 | Resolved | 01/26/2016 |
| mild buccal space abscess secondary to gross decay #4 | | | | | | |
| 01/26/2016 15:39 EST  Upchurch, Adele DDS | III | ICD-9 | 522.5 | 01/26/2016 | Resolved | 01/26/2016 |
| mild buccal space abscess secondary to gross decay #4 | | | | | | |
| 01/26/2016 14:26 EST  Upchurch, Adele DDS | III | ICD-9 | 522.5 | 01/26/2016 | Current | 01/26/2016 |
| mild buccal space abscess secondary to gross decay #4 | | | | | | |

**Chronic viral hepatitis C**

| 02/18/2021 15:03 EST  Cunnagin, Carrie DO | | ICD-10 | B182 | 11/29/2016 | Resolved | 02/18/2021 |
| Genotype 1a | | | | | | |
| 02/21/2017 15:43 EST  Dankwa, Vibeke MD | | ICD-10 | B182 | 11/29/2016 | Current | |
| Genotype 1a | | | | | | |
| 11/29/2016 13:58 EST  Dyer, Mitchell PA-C | | ICD-10 | B182 | 11/29/2016 | Current | |

**Confirmed case COVID-19**

| 08/16/2021 11:47 EST  Morrow, Adam RN/HSS | | ICD-10 | U07.1 | 08/04/2021 | Resolved | 08/16/2021 |
| 08/04/2021 12:38 EST  Kenney, Pamela FNP | | ICD-10 | U07.1 | 08/04/2021 | Current | |

**Total:** 6

# Bureau of Prisons
# Health Services
# Vision Screens

| Reg #: 83734-280 | Inmate Name: VELASQUEZ, CRISTOBAL |
|---|---|

**Vision Screen on** 02/09/2016 12:41

**Blindness:**

**Distance Vision:** OD: 20/30          OS: 20/30          OU: 20/30

**Near Vision:**     OD:              OS:              OU:

**With Corrective**

**Distance Vision:** OD:              OS:              OU:

**Near Vision:**     OD:              OS:              OU:

**Present Glasses - Distance**                    **Refraction - Distance**

|   | Sphere | Cylinder | Axis | Add |   |   | Sphere | Cylinder | Axis | Add |
|---|---|---|---|---|---|---|---|---|---|---|
| **R:** |  |  |  |  |  | **R:** |  |  |  |  |
| **L:** |  |  |  |  |  | **L:** |  |  |  |  |

**Color Test:**  Normal

**Tonometry:**  R:           L:

**Comments:**

**Orig Entered:**   02/09/2016 12:42 EST   West, Jennifer APRN

# Bureau of Prisons
## Health Services
## COVID-19 AG

| Begin Date: | 10/05/2020 | End Date: | 10/05/2021 |
|---|---|---|---|
| Reg #: | 83734-280 | Inmate Name: | VELASQUEZ, CRISTOBAL |

(Reference Range - Negative)

| **Effective Date** | **COVID-19 AG** | | **Provider** |
|---|---|---|---|
| 08/04/2021 13:11 MCR | Positive | Asymptomatic | Morrow, Adam RN/HSS |

**Orig Entered:**   08/04/2021 13:12 EST   Morrow, Adam RN/HSS

**Total:** 1

# Bureau of Prisons
# Health Services
# Immunizations

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Begin Date: | 10/05/2020 | | | End Date: | 10/05/2021 | | | |
| Reg #: | 83734-280 | | | Inmate Name: | VELASQUEZ, CRISTOBAL | | | |

| Immunization | Immunization Date | Administered | Location | Dosage | Drug Mfg. | Lot # | Dose # | Exp Date |
|---|---|---|---|---|---|---|---|---|
| COVID-19 Pfizer-BioNTech | 04/05/2021 | Now | Left Deltoid | 0.3mL | Pfizer | EW0158 | 2 | 07/31/2021 |
| **Orig Entered:** 04/06/2021 10:18 EST | | Morrow, Adam RN/HSS | | | | | | |
| COVID-19 Pfizer-BioNTech | 03/15/2021 | Now | Left Deltoid | 0.3mL | Pfizer | ER8727 | 1 | 07/31/2021 |
| **Orig Entered:** 03/16/2021 14:00 EST | | Morrow, Adam RN/HSS | | | | | | |
| Influenza - Immunization | 10/16/2020 | Now | Left Deltoid | 0.5mL | GSK | B7473 | | 06/30/2021 |
| Fluarix Quadrivalent--2020-2021 flu season | | | | | | | | |
| **Orig Entered:** 10/16/2020 12:30 EST | | Morrow, Adam RN/HSS | | | | | | |

**Total:** 3

# Bureau of Prisons
## Health Services
## Medical Duty Status

| | |
|---|---|
| Reg #:  83734-280 | Inmate Name:  VELASQUEZ, CRISTOBAL |

### Housing Status

___ confined to the living quarters except  ___ meals  ___ pill line  ___ treatments  Exp. Date: _____

___ on complete bed rest: _____ bathroom privileges only  Exp. Date: _____

___ cell:  ___ cell on first floor  ___ single cell  ___ lower bunk  ___ airborne infection isolation  Exp. Date: _____

___ other: _____  Exp. Date: _____

### Physical Limitation/Restriction

___ all sports  Exp. Date: _____

___ weightlifting:  ___ upper body  ___ lower body  Exp. Date: _____

___ cardiovascular exercise:  ___ running  ___ jogging  ___ walking  ___ softball  Exp. Date: _____
  ___ football  ___ basketball  ___ handball  ___ stationary equipment

___ other: _____  Exp. Date: _____

### May have the following equipment in his / her possession:

### Work Restriction / Limitation:

Cleared for Food Service:  **Yes**

**X** No Restrictions

**Comments:**  Medical Care Level 1.

| | |
|---|---|
| **Cunnagin, Carrie (MAT) DO** | 02/18/2021 |
| Health Services Staff | Date |

Inmate Name:  **VELASQUEZ, CRISTOBAL**  Reg #:  **83734-280**  Quarters:  **F01**

*ALL EXPIRATION DATES ARE AT 24:00*


**Federal Bureau of Prisons**

## FMC Butner
1000 Old Highway NC 75
Butner, NC 27509
919-575-3900 x5707

*** Sensitive But Unclassified ***

| | | | |
|---|---|---|---|
| **Name** VELASQUEZ, CRISTOBAL | **Facility**   USP McCreary | **Collected** 05/10/2021 11:05 |
| **Reg #** 83734-280 | **Order Unit** F01-109L | **Received** 05/11/2021 12:07 |
| **DOB**  01/24/1978 | **Provider**  Stephanie  Sumner, NP | **Reported** 05/11/2021 13:58 |
| **Sex**   M | | **LIS ID**     075213275 |

### CHEMISTRY

| | | | | |
|---|---|---|---|---|
| Cholesterol, Total | | 190 | <200 | mg/dL |
| Triglycerides | | 68 | <150 | mg/dL |
| HDL Cholesterol | | 43 | 40-60 | mg/dL |
| LDL-Cholesterol | H | 134 | <130 | mg/dL |
| Chol/HDLC Ratio | H | 4.4 | 0.0-4.0 | |

### SPECIAL CHEMISTRY

| | | | |
|---|---|---|---|
| TSH | 1.995 | 0.350-4.940 | uIU/mL |

**FLAG LEGEND**     L=Low   L!=Low Critical   H=High   H!=High Critical   A=Abnormal   A! =Abnormal Critical

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | VELASQUEZ, CRISTOBAL | | | | Reg #: | 83734-280 |
| Date of Birth: | 01/24/1978 | Sex: | M | | Race: | WHITE |
| Encounter Date: | 05/11/2021 14:18 | Provider: | Lab Result Receive | | Facility: | MCR |

**Reviewed with New Encounter Note by Sumner, Stephanie FNP on 05/12/2021 11:12.**

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | VELASQUEZ, CRISTOBAL | | | Reg #: | 83734-280 |
| Date of Birth: | 01/24/1978 | Sex: | M | Race: | WHITE |
| Encounter Date: | 05/11/2021 14:18 | Provider: | Lab Result Receive | Facility: | MCR |

**Cosigned by Dankwa, Vibeke (MAT) MD on 05/21/2021 15:11.**



**Federal Bureau of Prisons**

## FMC Butner
1000 Old Highway NC 75
Butner, NC 27509
919-575-3900 x5707

*** Sensitive But Unclassified ***

| | | | | | |
|---|---|---|---|---|---|
| **Name** | VELASQUEZ, CRISTOBAL | **Facility** | USP McCreary | **Collected** | 05/10/2021 11:04 |
| **Reg #** | 83734-280 | **Order Unit** | F01-109L | **Received** | 05/11/2021 12:06 |
| **DOB** | 01/24/1978 | **Provider** | Stephanie  Sumner, NP | **Reported** | 05/11/2021 13:56 |
| **Sex** | M | | | **LIS ID** | 075213293 |

| CHEMISTRY | | | | |
|---|---|---|---|---|
| Sodium | | 140 | 136-145 | mmol/L |
| Potassium | | 4.0 | 3.5-5.1 | mmol/L |
| Chloride | | 107 | 98-107 | mmol/L |
| Carbon Dioxide | | 25 | 21-32 | mmol/L |
| Urea Nitrogen (BUN) | | 20 | 7-26 | mg/dL |
| Creatinine | | 0.89 | 0.60-1.30 | mg/dL |
| eGFR (IDMS) | | >60 | | |

GFR units measured as mL/min/1.73 m^2.  if African American, multiply by 1.210.  A calculated GFR <60 suggests a chronic kidney disease if found over a 3 month period.

| | | | | |
|---|---|---|---|---|
| Calcium | L | 8.3 | 8.4-10.2 | mg/dL |
| Glucose | | 98 | 70-109 | mg/dL |
| AST | | 16 | 5-34 | U/L |
| ALT | | 13 | 8-55 | U/L |
| Alkaline Phosphatase | | 56 | 40-140 | U/L |
| Bilirubin, Total | | 0.5 | 0.2-1.0 | mg/dL |
| Protein, Total | | 6.8 | 6.4-8.3 | g/dL |
| Albumin | | 4.0 | 3.5-5.0 | g/dL |
| Globulin | | 2.8 | | g/dL |
| Alb/Globulin Ratio | | 1.43 | 1.00-2.30 | |
| Anion Gap | L | 8.0 | 9.0-19.0 | |
| BUN/Creatinine Ratio | | 21.9 | 5.0-30.0 | |

**FLAG LEGEND**      L=Low   L!=Low Critical   H=High   H!=High Critical    A=Abnormal   A! =Abnormal Critical

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | VELASQUEZ, CRISTOBAL | | | Reg #: | 83734-280 |
| Date of Birth: | 01/24/1978 | Sex: | M | Race: | WHITE |
| Encounter Date: | 05/11/2021 14:03 | Provider: | Lab Result Receive | Facility: | MCR |

**Reviewed by Sumner, Stephanie FNP on 05/12/2021 11:11.**

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | VELASQUEZ, CRISTOBAL | | | | Reg #: | 83734-280 |
| Date of Birth: | 01/24/1978 | Sex: | M | | Race: | WHITE |
| Encounter Date: | 05/11/2021 14:03 | Provider: | Lab Result Receive | | Facility: | MCR |

**Cosigned by Cunnagin, Carrie DO on 06/09/2021 10:07.**



**Federal Bureau of Prisons**

**FMC Butner**
1000 Old Highway NC 75
Butner, NC 27509
919-575-3900 x5707

*** Sensitive But Unclassified ***

| | | | |
|---|---|---|---|
| **Name** VELASQUEZ, CRISTOBAL | **Facility** USP McCreary | **Collected** 03/15/2021 11:26, 03/16/2021 13:21 | |
| **Reg #** 83734-280 | **Order Unit** F01-109L | **Received** | |
| **DOB** 01/24/1978 | **Provider** Stephanie  Sumner, NP | **Reported** 03/16/2021 13:21 | |
| **Sex** M | | **LIS ID** 091201601 | |

---

### REFUSAL / REJECT / CANCEL

Sample for the test listed below was received uncentrifuged/partially centrifuged and has been rejected.

Comprehensive Metabolic Profile

Providers: Please review and re-order if clinically indicated.

Complete

---

**FLAG LEGEND**     L=Low   L!=Low Critical   H=High   H!=High Critical   A=Abnormal  A! =Abnormal Critical

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | VELASQUEZ, CRISTOBAL | | | | Reg #: | 83734-280 |
| Date of Birth: | 01/24/1978 | Sex: | M | | Race: | WHITE |
| Encounter Date: | 03/16/2021 13:21 | Provider: | Lab Result Receive | | Facility: | MCR |

**Reviewed with New Encounter Note by Sumner, Stephanie FNP on 03/16/2021 15:27.**

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | VELASQUEZ, CRISTOBAL | | | Reg #: | 83734-280 |
| Date of Birth: | 01/24/1978 | Sex: | M | Race: | WHITE |
| Encounter Date: | 03/16/2021 13:21 | Provider: | Lab Result Receive | Facility: | MCR |

**Cosigned by Cunnagin, Carrie DO on 03/17/2021 08:15.**



**Federal
Bureau of
Prisons**

**FMC Butner**
1000 Old Highway NC 75
Butner, NC 27509
919-575-3900 x5707

**\*\*\* Sensitive But Unclassified \*\*\***

| | | | |
|---|---|---|---|
| **Name** VELASQUEZ, CRISTOBAL | **Facility** USP McCreary | **Collected** 03/15/2021 11:26, 03/16/2021 13:19 | |
| **Reg #** 83734-280 | **Order Unit** F01-109L | **Received** | |
| **DOB** 01/24/1978 | **Provider** Carrie  Cunnagin, DO | **Reported** 03/16/2021 13:19 | |
| **Sex** M | | **LIS ID** 049212871 | |

---

## REFUSAL / REJECT / CANCEL

Sample for the test listed below was received uncentrifuged/partially centrifuged and has been rejected.

Lipid Profile, TSH

Providers: Please review and re-order if clinically indicated.

Complete

---

**FLAG LEGEND**     L=Low   L!=Low Critical   H=High   H!=High Critical   A=Abnormal  A! =Abnormal Critical

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

---

| Inmate Name: | VELASQUEZ, CRISTOBAL | | | Reg #: | 83734-280 |
|---|---|---|---|---|---|
| Date of Birth: | 01/24/1978 | Sex: | M | Race: | WHITE |
| Encounter Date: | 03/16/2021 13:19 | Provider: | Lab Result Receive | Facility: | MCR |

---

**Reviewed with New Encounter Note by Sumner, Stephanie FNP on 03/16/2021 15:24.**

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

---

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | VELASQUEZ, CRISTOBAL | | | Reg #: | 83734-280 |
| Date of Birth: | 01/24/1978 | Sex: | M | Race: | WHITE |
| Encounter Date: | 03/16/2021 13:19 | Provider: | Lab Result Receive | Facility: | MCR |

---

**Cosigned by Cunnagin, Carrie DO on 03/17/2021 08:15.**



**Federal Bureau of Prisons**

**FMC Butner**
1000 Old Highway NC 75
Butner, NC 27509
919-575-3900 x5707

**\*\*\* Sensitive But Unclassified \*\*\***

| | | |
|---|---|---|
| **Name** VELASQUEZ, CRISTOBAL | **Facility** USP McCreary | **Collected** 03/15/2021 11:26, 03/16/2021 13:19 |
| **Reg #** 83734-280 | **Order Unit** F01-109L | **Received** 03/16/2021 12:38 |
| **DOB** 01/24/1978 | **Provider** Carrie  Cunnagin, DO | **Reported** 03/17/2021 11:08 |
| **Sex** M | | **LIS ID** 049212871 |

### HEMOGLOBIN A1C

| | | | |
|---|---|---|---|
| Hemoglobin A1C | 5.6 | 4.0-5.7 | % |

5.7 - 6.4 Increased Risk
  > 6.4 Diabetes

---

**FLAG LEGEND**     L=Low   L!=Low Critical   H=High   H!=High Critical   A=Abnormal   A! =Abnormal Critical

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | VELASQUEZ, CRISTOBAL | | | Reg #: | 83734-280 |
| Date of Birth: | 01/24/1978 | Sex: | M | Race: | WHITE |
| Encounter Date: | 03/17/2021 11:12 | Provider: | Lab Result Receive | Facility: | MCR |

**Reviewed by Sumner, Stephanie FNP on 03/17/2021 11:43.**

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | VELASQUEZ, CRISTOBAL | | | Reg #: | 83734-280 |
| Date of Birth: | 01/24/1978 | Sex: | M | Race: | WHITE |
| Encounter Date: | 03/17/2021 11:12 | Provider: | Lab Result Receive | Facility: | MCR |

**Cosigned by Cunnagin, Carrie DO on 03/17/2021 12:56.**



**Report Status: Final**

**VELASQUEZ, CRISTOPBAL**

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **VELASQUEZ, CRISTOPBAL**<br><br>**DOB: 01/24/1978   AGE: 43**<br>Gender:  M<br>Phone:  NG<br>Patient ID: 83734-280 | Specimen:  WX162282H<br>Requisition: 0001378<br><br>Collected:  03/15/2021<br>Received:  03/16/2021 / 14:47 EDT<br>Reported:  03/16/2021 / 23:21 EDT | Client #: 10770317   4000000<br>KENNEY, PAMELA<br>USP - MCCREARY<br>Attn RHONDA JONES<br>330 FEDERAL WAY<br>PINE KNOT, KY 42635-7000 |

### Infectious Diseases

| Test Name | Result | Reference Range | Lab |
|---|---|---|---|
| HCV RNA, QUANTITATIVE   REAL TIME PCR | | | CA |
| HCV RNA, QUANTITATIVE REAL TIME PCR | <15 NOT DETECTED | NOT DETECTED IU/mL | |
| HCV RNA, QUANTITATIVE REAL TIME PCR | <1.18 NOT DETECTED | NOT DETECTED Log IU/mL | |

Physician Comments:

**End Notes:**

HCV RNA, QUANTITATIVE   REAL TIME PCR                                                    CA

This test was performed using Real-Time Polymerase Chain Reaction.

Reportable Range: 15 IU/mL to 100,000,000 IU/mL (1.18 Log IU/mL to 8.00 Log IU/mL).

The analytical performance characteristics of this assay have been determined by Quest Diagnostics. The modifications have not been cleared or approved by the FDA. This assay has been validated pursuant to the CLIA regulations and is used for clinical purposes.

For more information on this test, go to: http://education.questdiagnostics.com/faq/FAQ22v1 (This link is being provided for informational/ educational purposes only.)

**PERFORMING SITE:**

CA      QUEST DIAGNOSTICS - SCHAUMBURG, 506 EAST STATE PARKWAY, SCHAUMBURG, IL 60173-4538 Laboratory Director: ANTHONY V THOMAS,MD, CLIA: 14D0416537

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | VELASQUEZ, CRISTOBAL | | | | Reg #: | 83734-280 |
| Date of Birth: | 01/24/1978 | Sex: | M | | Race: | WHITE |
| Encounter Date: | 03/17/2021 08:48 | Provider: | Lab Result Receive | | Facility: | MCR |

**Cosigned by Cunnagin, Carrie DO on 03/17/2021 10:00.**

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | VELASQUEZ, CRISTOBAL | | | Reg #: | 83734-280 |
| Date of Birth: | 01/24/1978 | Sex: | M | Race: | WHITE |
| Encounter Date: | 03/17/2021 08:48 | Provider: | Lab Result Receive | Facility: | MCR |

**Reviewed by Sumner, Stephanie FNP on 03/17/2021 10:51.**



**Federal Bureau of Prisons**

**FMC Butner**
1000 Old Highway NC 75
Butner, NC 27509
919-575-3900 x5707

*** Sensitive But Unclassified ***

| | |
|---|---|
| **Name** VELASQUEZ, CRISTOBAL | **Facility** USP McCreary |
| **Reg #** 83734-280 | **Order Unit** F01-109L |
| **DOB** 01/24/1978 | **Provider** Stephanie  Sumner, NP |
| **Sex** M | |

**Collected** 03/15/2021 11:26, 03/16/2021 13:21
**Received** 03/16/2021 12:38
**Reported** 03/16/2021 14:51
**LIS ID** 091201601

## HEMATOLOGY

| | | | |
|---|---|---|---|
| White Blood Cell Count | 9.0 | 3.6-11.0 | K/uL |
| NRBC% | 0.0 | 0.0-0.2 | % |
| RBC | 4.90 | 4.30-6.20 | M/uL |
| Hemoglobin | 15.5 | 13.5-18.0 | g/dL |
| Hematocrit | 46.5 | 38.0-54.0 | % |
| MCV | 94.9 | 80.0-96.0 | fL |
| MCH | 31.6 | 26.0-34.0 | pg |
| MCHC | 33.3 | 30.0-37.0 | g/dL |
| RDW-CV | 12.4 | 10.8-15.6 | % |
| Platelet Count | 294 | 140-440 | K/uL |
| MPV | 10.0 | 8.3-12.8 | fL |
| Neutrophils % | 50.7 | | % |
| Therapeutic decision making should be based on absolute values, rather than percentages | | | |
| Lymphocytes % | 38.0 | | % |
| Monocytes % | 7.7 | | % |
| Eosinophils % | 2.6 | | % |
| Basophils % | 0.4 | | % |
| Immature Granulocytes % | 0.6 | 0.0-5.0 | % |
| Neutrophils # | 4.6 | 1.3-7.8 | K/uL |
| Lymphocytes # | 3.4 | 0.8-4.8 | K/uL |
| Monocytes # | 0.7 | 0.0-0.9 | K/uL |
| Eosinophils # | 0.2 | 0.0-0.5 | K/uL |
| Basophils # | 0.0 | 0.0-0.3 | K/uL |
| Immature Granulocytes # | 0.05 | 0.00-0.70 | 10^3/uL |

| | |
|---|---|
| **FLAG LEGEND**     L=Low   L!=Low Critical   H=High   H!=High Critical   A=Abnormal   A! =Abnormal Critical | |

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | VELASQUEZ, CRISTOBAL | | | Reg #: | 83734-280 |
| Date of Birth: | 01/24/1978 | Sex: | M | Race: | WHITE |
| Encounter Date: | 03/16/2021 14:52 | Provider: | Lab Result Receive | Facility: | MCR |

**Cosigned by Cunnagin, Carrie DO on 03/16/2021 15:12.**

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | VELASQUEZ, CRISTOBAL | | | | Reg #: | 83734-280 |
| Date of Birth: | 01/24/1978 | Sex: | M | | Race: | WHITE |
| Encounter Date: | 03/16/2021 14:52 | Provider: | Lab Result Receive | | Facility: | MCR |

**Reviewed by Sumner, Stephanie FNP on 03/16/2021 15:30.**

PATIENT INFORMATION
**VELASQUEZ,CRISTOBAL**

REPORT STATUS   **Final**

Nichols Institute, Chantilly

DOB: 01/24/1978    Age: 42Y
SEX: M

ORDERING PHYSICIAN
**KENNEY,PAMELA**

CLIENT INFORMATION
345

SPECIMEN INFORMATION
SPECIMEN:   CH419747P
REQUISITION: 0001024
LAB REF NO: 3450001024

ID: 83734-280

USP - MCCREARY - MCR

330 FEDERAL WAY
PINE KNOT, KY 42635

COLLECTED:   10/26/2020        08:00
RECEIVED:    10/28/2020        02:15
REPORTED:    11/02/2020        10:41

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| HEPATITIS C, RNA, QUANTITATIVE, PCR | | | | AMD |
|   HEPATITIS C, RNA, QUANTITATIVE, PCR | | | | |
|   HCV RNA, PCR, QN | <15 | | IU/mL | |
| | HCV RNA Not Detected | | | |
|   HCV RNA, PCR, QN | <1.18 | | log IU/mL | |
| | HCV RNA Not Detected | | | |

Reference Range:

|  |  |  |
|---|---|---|
| Not Detected | IU/mL |
| Not Detected | Log IU/mL |

This test was performed using Real-Time Polymerase Chain Reaction.

Reportable range is 15 IU/mL to 100,000,000 IU/mL (1.18 Log IU/mL to 8.00 Log IU/mL).

For additional information please refer to http://education.questdiagnostics.com/faq/FAQ22v1

(This link is being provided for informational/ educational purposes only.)

The analytical performance characteristics of this assay have been determined by Quest Diagnostics Nichols Institute, Chantilly, VA.  The modifications have not been cleared or approved by the FDA.  This assay has been validated pursuant to the CLIA regulations and is used for clinical purposes.

-----------------------------------------------------------------------------

**Performing Laboratory Information:**

AMD   Quest Diagnostics Nichols Institute 14225 Newbrook Drive Chantilly VA  20151 Laboratory Director: Patrick W Mason, M.D.

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | VELASQUEZ, CRISTOBAL | | | Reg #: | 83734-280 |
| Date of Birth: | 01/24/1978 | Sex: | M | Race: | WHITE |
| Encounter Date: | 11/02/2020 15:17 | Provider: | Lab Result Receive | Facility: | MCR |

**Reviewed by Sumner, Stephanie FNP on 11/02/2020 15:31.**

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | VELASQUEZ, CRISTOBAL | | | Reg #: | 83734-280 |
| Date of Birth: | 01/24/1978 | Sex: | M | Race: | WHITE |
| Encounter Date: | 11/02/2020 15:17 | Provider: | Lab Result Receive | Facility: | MCR |

**Cosigned by Cunnagin, Carrie DO on 11/03/2020 08:48.**



**Federal Bureau of Prisons**

## FMC Butner
1000 Old Highway NC 75
Butner, NC 27509
919-575-3900 x5707

*** Sensitive But Unclassified ***

| | | |
|---|---|---|
| **Name** VELASQUEZ, CRISTOBAL | **Facility** USP McCreary | **Collected** 10/26/2020 09:44 |
| **Reg #** 83734-280 | **Order Unit** F01-109L | **Received** 10/27/2020 11:55 |
| **DOB** 01/24/1978 | **Provider** Stephanie  Sumner, NP | **Reported** 10/27/2020 15:27 |
| **Sex** M | | **LIS ID** 091201600 |

### CHEMISTRY

| | | | |
|---|---|---|---|
| Sodium | 141 | 136-145 | mmol/L |
| Potassium | 4.1 | 3.5-5.1 | mmol/L |
| Chloride | 104 | 98-107 | mmol/L |
| CO2 | 28 | 21-32 | mmol/L |
| BUN | 17 | 7-26 | mg/dL |
| Creatinine | 0.94 | 0.60-1.30 | mg/dL |
| eGFR (IDMS) | >60 | | |

GFR units measured as mL/min/1.73 m^2.  if African American, multiply by 1.210.  A calculated GFR <60 suggests a chronic kidney disease if found over a 3 month period.

| | | | |
|---|---|---|---|
| Calcium | 8.8 | 8.4-10.2 | mg/dL |
| Glucose | 80 | 70-109 | mg/dL |
| AST | 21 | 5-34 | U/L |
| ALT | 24 | 8-55 | U/L |
| Alkaline Phosphatase | 53 | 40-140 | U/L |
| Bilirubin, Total | 0.5 | 0.2-1.0 | mg/dL |
| Total Protein | 7.4 | 6.4-8.3 | g/dL |
| Albumin | 4.2 | 3.5-5.0 | g/dL |
| Globulin | 3.2 | | g/dL |
| Alb/Glob Ratio | 1.31 | 1.00-2.30 | |
| Anion Gap | 9.0 | 9.0-19.0 | |
| BUN/Creat Ratio | 17.9 | 5.0-30.0 | |

### HEMATOLOGY

| | | | |
|---|---|---|---|
| WBC | 4.4 | 4.0-11.0 | K/uL |
| RBC | 4.69 | 4.50-6.00 | M/uL |
| Hemoglobin | 15.0 | 13.5-18.0 | g/dL |
| Hematocrit | 44.1 | 40.0-52.0 | % |
| MCV | 94.0 | 80.0-100.0 | fL |
| MCH | 31.9 | 25.4-34.6 | pg |
| MCHC | 33.9 | 31.0-37.0 | g/dL |
| RDW | 13.4 | 11.0-15.0 | % |
| Platelet | 280 | 150-400 | K/uL |
| MPV | 7.9 | 7.0-11.0 | fL |
| Neutrophils #    L | 1.4 | 1.5-7.1 | K/uL |
| Lymphocytes # | 2.5 | 0.9-3.3 | K/uL |
| Monocytes # | 0.3 | 0.3-1.1 | K/uL |
| Eosinophils # | 0.2 | 0.0-0.7 | K/uL |
| Basophils # | 0.0 | 0.0-0.2 | K/uL |

**FLAG LEGEND**    L=Low   L!=Low Critical   H=High   H!=High Critical   A=Abnormal   A! =Abnormal Critical



**Federal Bureau of Prisons**

**FMC Butner**
1000 Old Highway NC 75
Butner, NC 27509
919-575-3900 x5707

*** Sensitive But Unclassified ***

| | | |
|---|---|---|
| **Name** VELASQUEZ, CRISTOBAL | **Facility** USP McCreary | **Collected** 10/26/2020 09:44 |
| **Reg #** 83734-280 | **Order Unit** F01-109L | **Received** 10/27/2020 11:55 |
| **DOB** 01/24/1978 | **Provider** Stephanie  Sumner, NP | **Reported** 10/27/2020 15:27 |
| **Sex** M | | **LIS ID**   091201600 |

## HEMATOLOGY

| | | |
|---|---|---|
| Neutrophils % | 32.5 | % |

   Therapeutic decision making should be based on absolute values, rather than percentages
Unable To Perform Manual Diff Due To Age Of Specimen.

| | | |
|---|---|---|
| Lymphocytes % | 55.3 | % |
| Monocytes % | 7.2 | % |
| Eosinophils % | 4.0 | % |
| Basophils % | 1.0 | % |

---

**FLAG LEGEND**      L=Low   L!=Low Critical    H=High   H!=High Critical    A=Abnormal   A! =Abnormal Critical

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | VELASQUEZ, CRISTOBAL | | | Reg #: | 83734-280 |
| Date of Birth: | 01/24/1978 | Sex: | M | Race: | WHITE |
| Encounter Date: | 10/27/2020 15:27 | Provider: | Lab Result Receive | Facility: | MCR |

**Reviewed by Sumner, Stephanie FNP on 10/28/2020 12:31.**

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | VELASQUEZ, CRISTOBAL | | | | Reg #: | 83734-280 |
| Date of Birth: | 01/24/1978 | Sex: | M | | Race: | WHITE |
| Encounter Date: | 10/27/2020 15:27 | Provider: | Lab Result Receive | | Facility: | MCR |

**Cosigned by Gomez, Kenneth MD on 10/29/2020 10:07.**

USP McCreary

8/4/2021-8/18/2021

| F01-109L (Symptoms) | Wed | Thu | Fri | Sat | Sun | Mon | Tue | Wed | Thu | Fri | Sat | Sun | Mon | Tue | Wed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| New-Onset Cough/# Days | | | | | | | | | | | | | | | |
| Trouble Speaking/ Breathing | | | | | | | | | | | | | | | |
| Fatigue | | | | | | | | | | | | | | | |
| Muscle or Body Aches | | | | | | | | | | | | | | | |
| Sore Throat | | | | | | | | | | | | | | | |
| New Loss of Taste/Smell | | | | | | | | | | | | | | | |
| Stuffy/Runny Nose | | | | | | | | | | | | | | | |
| Nausea or Vomiting | | | | | | | | | | | | | | | |
| Diarrhea | | | | | | | | | | | | | | | |
| Headache | | | | | | | | | | | | | | | |
| Temperature | | | | | | | | | | | | | | | |

Inmate name:
VELASQUEZ,
CRISTOBAL

Reg. Number:
83734-280

BP-A1136
FEB 21
**U.S. DEPARTMENT OF JUSTICE**

**COVID-19 VACCINE CONSENT - INMATE**

**FEDERAL BUREAU OF PRISONS**

I have been provided a copy of the COVID-19 Vaccine **Emergency Use Authorization (EUA)** fact sheet dated ___12/11/2020___.  I have had the opportunity to ask questions about the benefits and risks of vaccination, including if I am pregnant, breastfeeding or have a weakened immune system. I will agree to complete the number of vaccine doses as appropriate and indicated by the manufacturer.

**Health Questions Prior to COVID-19 Vaccination (*Check yes or no*)**

| Yes | No | Health Questions |
|-----|----|----|
| ☐ | X | Are you sick today? |
| ☐ | X | Have you ever had a severe allergy (i.e., anaphylaxis) or an immediate allergic reaction of any severity to any component of this vaccine or to a previous dose of this vaccine? |
| ☐ | X | Have you ever had an immediate allergic reaction to any other vaccine/injectable therapy? |
| ☐ | X | Have you had any other vaccinations in the last 14 days? |
| ☐ | X | Have you received monoclonal antibody therapy for COVID-19 in the last 90 days? |

**X I consent to receive the COVID-19 vaccination.**

| Dose # (1 or 2) | Vaccine Manufacturer | Lot Number | Expiration Date | Route | Deltoid |
|----|----|----|----|----|----|
| 2 | Pfizer | EW0158 | 7/31/21 | IM | ✗ Left  ☐ Right |

| Inmate Signature | Date |
|----|----|
| *(signature)* | 4/5/2021 |

| Administered by Signature | Date |
|----|----|
| *A. Morrow RN (signature)* | 4/5/2021 |

| Administered by (name/title) |
|----|
| A. MORROW, RN |

**☐ I decline to receive the COVID-19 vaccination.**

| Inmate Signature | Date |
|----|----|
| | |

| Witness Signature | Date |
|----|----|
| | |

| (PRINT) Witness Name |
|----|
| |

| (PRINT)  Inmate Name (Last, First) | Register Number | |
|----|----|----|
| VELASQUEZ,  CRISTOBAL | 83734-280 | |
| **Institution** | **Unit** | **Work Assignment** |
| MCR | F01-109L | |

**DOCUMENT VACCINE ADMINISTRATION IN BEMR FLOW SHEETS**
**SCAN VACCINE CONSENT IN BEMR DOCUMENT MANAGER – VACCINATION CONSENT**

Green Corridor 

Priority Patient

BP-A0807
Sep 11

**INFLUENZA VACCINE CONSENT – INMATES**

**U.S. DEPARTMENT OF JUSTICE**                **FEDERAL BUREAU OF PRISONS**

*{*Note: CDC Vaccine Information Statements in multiple languages available at: www.cdc.gov/vaccines/pubs/vis/}*

I have been provided a copy of the Vaccine Information Statement* for Influenza Vaccine  dated 8/7/15. I have had the opportunity to ask questions about the benefits and risks of  vaccination.

**☑ consent to receive the influenza vaccine at this time.**

**Health Questions Prior to Influenza Vaccination** *(Check Yes or No)*

| Yes | No | Health Questions |
|-----|-----|------------------|
|     | X  | Are you sick today? *(if moderately to severely ill should postpone vaccination)* |
|     | X  | Do you have allergy to eggs? |
|     | X  | Have you ever had serious reaction to influenza vaccine? <br><br> If so, describe: |
|     | X  | Have you had Guillain-Barré syndrome (progressive paralysis) |

| Inmate Signature | Witness Signature | | Date |
|------------------|-------------------|---|------|
| *Carlos V [signature]* | A.  Lawson RN <br> N. Stephens RN <br> J. Free  RN <br> H. Privett  RN | G. Cathers RN <br> K. Miracle RN <br> A. Morrow RN | 10/16/20 |

**☐  I decline to receive the influenza vaccine at this time.**

| Inmate Signature | Witness Signature | | Date |
|------------------|-------------------|---|------|
|                  | A. Lawson RN <br> N. Stephens RN <br> J. Free  RN <br> H. Privett  RN | G. Cathers RN <br> K. Miracle RN <br> A. Morrow RN | |

| (PRINT)  Inmate Name (Last, First) | | Register | Quarter | Facility |
|---|---|---|---|---|
| VELASQUEZ | CRISTOBAL | 83734-280 | F01-109L | MCR |

Prescribed By P6190